

## Case Update

To: Fariha Eshrat

Tue, Feb 25 at 8:12 PM

Hi Fariha,

I have received an update on your case - please take a moment to read it below. I know that this is not the answer that you were looking forward to but please know that our office has and will continue to do whatever we can to help you during this process. Should you have any further questions, please reach out to me.

> *"I write to you in response to your February 21, 2025 inquiry concerning the Nonimmigrant Visa case of FARIHA ESHRAT. We appreciate your patience in awaiting a response*
>
> *A review of our consular records establishes Fariha Eshrat's nonimmigrant visa application is still undergoing administrative processing to verify her qualifications for the H1B visa. Administrative processing generally lasts approximately 60 days,* **however, can take significantly longer. While we are thankful for your inclusion of additional documents, they have no bearing on interagency administrative processing.**
>
> *We realize that these extended processing times can cause visa applicants frustration. A principal purpose of visa adjudication is to facilitate legitimate travel to the United States. We must adjudicate visas in accordance with the provisions of law, which sometimes involves extensive administrative processing.* **While we cannot predict precisely when the processing of Fariha's visa will be complete: please know that we are aware of your concerns, and we will adjudicate Fariha Eshrat's visa upon completion of administrative processing."**

All the best,

EXHIBIT A

_____

Caseworker & Field Representative

(716) 852-3501 (p)
(716) 852-3929 (f)

### Congressman Timothy Kennedy (NY - 26)
726 Exchange St. Suite 601
Buffalo, NY 14210



[Quoted text hidden]