# THE UNITED STATES OF AMERICA

## I-797B | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES



| Receipt Number | | Case Type |
|---|---|---|
| IOE0928449828 | | I129 - PETITION FOR A NONIMMIGRANT WORKER |
| Received Date | Priority Date | Petitioner |
| 11/01/2024 | | COGENT MEDICAL CARE PC DBA SOUND PHYSICIANS OF NEW YORK |
| Notice Date | Page | Beneficiary |
| 11/19/2024 | 1 of 2 | ESHRAT, FARIHA |

COGENT MEDICAL CARE PC DBA SOUND PHYSICI

**Notice Type:** Approval Notice
**Class:** H1B
Valid from 12/01/2024 to 11/30/2027

The above petition has been approved, and notification has been sent to the listed consulate. You may also send the tear-off bottom part of this notice to the worker(s) to show the approval. Please contact the consulate with any questions about visa issuance. **THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA.**

Petition approval does not authorize employment or training. When the workers are granted status upon admission to the United States, they can then work for the petitioner, but only as detailed in the petition and for the period authorized. When seeking admission to the United States, the following classifications may be eligible for a grace period of up to 10 days before, and up to 10 days after the petition validity period: CW-1, E-1, E-2, E-3, H-1B, H-2B, H-3, L-1A, L-1B, O-1, O-2, P-1, P-2, P-3, TN-1, and TN-2. H-2A nonimmigrants may be eligible for a grace period of up to one week before and 30 days after the petition validity period. If provided at admission, this grace period will be annotated on the beneficiary's I-94 by Customs and Border Protection (CBP). The grace period is a period of authorized stay but does not provide the beneficiary authorization to work beyond the petition validity period. Please contact the IRS with any questions about tax withholding.

If circumstances change, the petitioner can file Form I-824 to have us notify another consulate of this approval. If any of the workers are already in the U.S. the petitioner can file a new Form I-129 to seek to change or extend their status based on this petition. Changes in employment or training may also require a new petition. Include a copy of this notice with any other required documentation.

The approval of this visa petition does not in itself grant any immigration status and does not guarantee that the alien beneficiary will subsequently be found to be eligible for a visa, for admission to the United States, or for an extension, change, or adjustment of status.

Number of workers: 1

**EXHIBIT B**

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

California Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
PO Box 30113
Tustin CA 92781
USCIS Contact Center: www.uscis.gov/contactcenter



Please tear off portion below and forward it to the alien worker.

---

The alien may use this portion when applying for a visa at an American consulate abroad, or if no visa is required, when applying for admission to the U.S.

Receipt#: IOE0928449828
Notice Date: November 19, 2024
Petitioner Validity Dates: Valid from 12/01/2024 to 11/30/2027
Name
ESHRAT, FARIHA

Case Type: I129
Petitioner: COGENT MEDICAL CARE PC DBA SOUND PHYSICIANS OF NEW YORK,
Number of Workers: 1

| DOB | COB | Class | Consulate/POE | OCC |
|---|---|---|---|---|
| | SAUDI ARABIA | H1B | RIYADH | 070 |

FORM I-797B [REV. 08/01/16]