

Select Tooltip Language (Arabic) العربية

- Exit

Online Nonimmigrant Visa Application (DS-160)

# Confirmation



هذا تأكيد على تقديم إستمارة التأشيرة لفير الهجرة



| | | |
|---|---|---|
| الاسم المعطى: | ESHRAT, FARIHA | الموقع الذي تم اختياره: |
| محل الميلاد: | RIYADH, SAUDI ARABIA | **RID** |
| الجنس: | Female | **US Embassy Riyadh, Saudi Arabia** |
| الجنسية: | BANGLADESH | **Collector Road** |
| رقم جواز السفر: | EK0136329 | **Diplomatic Quarter** |
| الغرض من السفر: | SPECIALTY OCCUPATION (H1B) | **Riyadh, Saudi Arabia** |
| تاريخ إكتمال الطلب: | 19 NOV 2024 | |
| رقم التأكيد: | **AA00E0WDBF** | Version 01.10.01 |

هذه ليست تأشيرة

[ Print Confirmation ]  [ Print Application ]  [ Email Confirmation ]

EXHIBIT C

ملاحظة: التقديم الإلكتروني للاستمارة مقر DS-160 هو أول خطوة في إجراءات طلبات التأشيرة. خطوتك التالية هي زيارة مراجعة صفحة الإنترنت الخاصة بالسفارة أو القنصلية بالسفارة التي تعتزم تقديم الطلب بها. يتعين على معظم طالبي التأشيرة جدولة موعد للمقابلة. التأشيرة، رغم أن هناك ربما يحق لبعض المتقدمين تجديد تأشيراتهم. السفارة أو القنصلية بالخاصة قد تشمل تعليمات محلية محددة بخصوص جدولة مواعيد المقابلات، وتقديم طلب التأشيرة، وغير ذلك من الأسئلة الشائعة.

**يجب عليك إحضار راض أثناء إجراءات الطلب:**

**جواز السفر؛ إثبات بالموافقة على طلب الـ I-129F**

يمكنك أيضاً إحضار المستندات إضافية التي يمكن أن تدعم طلبك للتأشيرة